IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA,                          PLAINTIFF

vs.                          COURT ACTION NO.3:98CR10WS

Tyrone Eugene Green 42060-1                          DEFENDANT

Tempstaff Inc.                          GARNISHEE
962 North Street
Jackson, MS 39202

## ORDER QUASHING GARNISHMENT

On motion ore tenus of the United States Attorney to quash the writ of garnishment issued in this action on the grounds that

the defendant is no longer employed by the garnishee.

IT IS, THEREFORE, ORDERED AND ADJUDGED, that the Writ of Continuing Garnishment issued in this action on August 29, 2008, be and it is hereby quashed, and the garnishee, TempStaff, is hereby dismissed.

ORDERED AND ADJUDGED this   18th   day of September , 2008.

                          /s/ James C. Sumner
                         UNITED STATES MAGISTRATE JUDGE